IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| CAROL PERRY, | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:01 CV 1828 (CFD) |
| v. | : |  |
| DOCTOR'S ASSOCIATES INC., | : |  |
| Defendant. | : |  |
|  | : | OCTOBER 17, 2003 |

**MOTION FOR EXTENSION OF TIME**

Pursuant to Rule 7(b) of the Local Rules of Civil Procedure of the United States District Court for the District of Connecticut, plaintiff respectfully requests a five day extension of time for filing her opposition to Defendant's Motion for Summary Judgment dated July 30, 2003 up to and including Wednesday, October 22, 3003. This is plaintiff's fourth request for an extension of this deadline.

In support of this request, undersigned counsel represents that both counsel representing plaintiff in this matter, Attorney Kathryn Emmett and Attorney Christine Caulfield, are ill and not able to complete the preparation of plaintiff's opposition to defendant's motion for summary judgment in time to file by today's filing deadline. Due to other scheduling conflicts in the beginning of next week, plaintiff's counsel require the additional time requested – five days from today's date or until next Wednesday, October 22, 2003 – to file plaintiff's opposition to Defendant's Motion for Summary Judgment.

Undersigned counsel has contacted Attorney Kenneth Ludovico, who represents the defendant in this action, to ascertain whether defendant objects to this request and he has

indicated that defendant does not object to this request for an extension of time based on undersigned counsel's representation that, absent unforeseen circumstances, this will be plaintiff's last request for an extension in connection with this deadline. This action has not been assigned for trial.

THE PLAINTIFF CAROL PERRY,

BY: _____
KATHRYN EMMETT
Emmett & Glander
45 Franklin Street
Stamford, CT  06901
(203) 324-7744
Federal Bar No. ct05605

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, this 17th day of October, 2003, to:

Kristin Corcoran, Esq.
Kenneth M. Ludovico, Jr., Esq.
Doctor's Associates Inc.
325 Bic Drive
Milford, CT  06460.3059

_____
Kathryn Emmett

-2-