## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| CAROL PERRY, | x : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:01 CV 1828 (CFD) |
| v. | : | |
| | : | |
| DOCTOR'S ASSOCIATES INC., | : | |
| Defendant. | : | |
| | x | OCTOBER 22, 2003 |

### MOTION FOR PERMISSION TO FILE OVERSIZED BRIEF

Pursuant to Local Rule 7(a), plaintiff respectfully requests permission to file an oversized

memorandum of 53 pages in opposition to defendant Doctor's Associates, Inc.'s Motion for

Summary Judgment dated July 30, 2003.

In support of this request, undersigned counsel states that the additional pages are

required so that she can clearly present plaintiff's opposition to defendant's motion. Defendant

moves for summary judgment on plaintiff's federal and state law discrimination and retaliation

claims on the grounds that: 1) plaintiff cannot establish that she was subjected to harassment on

the basis of sex, 2) the harassment was not severe or pervasive enough to constitute an actionable

hostile work environment, 3) defendant cannot be held liable for the hostile work environment

created by plaintiff's coworkers because it "provided a reasonable avenue for complaints" of

sexual harassment and acted reasonably to remedy the harassment in this case, and 4) plaintiff

did not suffer any "adverse employment action" in retaliation for making complaints about

sexual harassment in this case. In addition, defendant moves for summary judgment on

plaintiff's state law intentional and negligent infliction of emotional distress claims, and on

plaintiff's claims for compensatory and punitive damages. Therefore, the brief requires extensive legal support. In addition, the case involves a complicated factual background. Defendant filed an 85-paragraph Local Rule 56(a)(2) Statement in this case. In fact, many of the facts are in dispute. Therefore, the brief requires a detailed explanation of the factual support for plaintiff's claims and citations to the record.

Undersigned counsel has attempted to reduce the length of the memorandum, but has not succeeded in meeting the applicable page limitation. Attorney Kenneth Ludovico, who represents defendant Doctor's Associates Inc. in this action, does not object to this motion. Therefore, plaintiff respectfully requests permission to file an oversized memorandum with the Court.

THE PLAINTIFF, CAROL PERRY

BY:_____

KATHRYN EMMETT
Federal Bar No. ct05605
CHRISTINE CAULFIELD
Federal Bar No. ct19115
Emmett & Glander
45 Franklin Street
Stamford, CT 06901
(203) 324-7744

2

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, via federal express, postage prepaid, this 22nd day of October, 2003, to:

Kristin Corcoran, Esq.
Kenneth M. Ludovico, Jr., Esq.
Doctor's Associates Inc.
325 Bic Drive
Milford, CT  06460.3059

_____
Kathryn Emmett

3