*01 cv 1828 mext time*

46

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| CAROL PERRY, | CIVIL ACTION NO. |
| Plaintiff, | 3:01 CV 1828 (CFD) |
| v. |  |
| DOCTOR'S ASSOCIATES INC., |  |
| Defendant. | OCTOBER 17, 2003 |

**GRANTED. It is so ordered.**
Christopher F. Droney, U.S.D.J.
Hartford, CT

## MOTION FOR EXTENSION OF TIME

Pursuant to Rule 7(b) of the Local Rules of Civil Procedure of the United States District Court for the District of Connecticut, plaintiff respectfully requests a five day extension of time for filing her opposition to Defendant's Motion for Summary Judgment dated July 30, 2003 up to and including Wednesday, October 22, 3003. This is plaintiff's fourth request for an extension of this deadline.

In support of this request, undersigned counsel represents that both counsel representing plaintiff in this matter, Attorney Kathryn Emmett and Attorney Christine Caulfield, are ill and not able to complete the preparation of plaintiff's opposition to defendant's motion for summary judgment in time to file by today's filing deadline. Due to other scheduling conflicts in the beginning of next week, plaintiff's counsel require the additional time requested — five days from today's date or until next Wednesday, October 22, 2003 — to file plaintiff's opposition to Defendant's Motion for Summary Judgment.

Undersigned counsel has contacted Attorney Kenneth Ludovico, who represents the defendant in this action, to ascertain whether defendant objects to this request and he has

FILED
2003 OCT 28  P 15
US DISTRICT COURT
HARTFORD CT