# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| CAROL PERRY<br>Plaintiff,<br><br>vs.<br><br>DOCTOR'S ASSOCIATES INC.<br>Defendants. | CIVIL ACTION NO.<br>CIVIL NO. 301CV1828 (CFD)<br><br>NOVEMBER 4, 2003 |

## MOTION FOR EXTENSION OF TIME

Pursuant to Rule 7(b) of the Local Rules of Civil Procedure of the United States District Court for the District of Connecticut, defendant respectfully request a thirty-day extension of time for filing their Response to Plaintiff's Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment dated October 22, 2003 up to and including Friday, December 5, 2003. This is defendant's first request for an extension of this deadline. The case has not been assigned for trial.

In support of this request, undersigned counsel represents that counsel for defendant requires additional time to prepare defendant's opposition because defendant received a fifty-three (53) page response to its Motion for Summary Judgment referencing new legal theories and require additional time for investigation and response.

Opposing counsel does not object to this request.

DEFENDANT, DOCTOR'S ASSOCIATES INC.

BY: _____
KRISTIN CORCORAN, Attorney
Doctor's Associates Inc.
325 Bic Drive
Milford, CT 06460
(203) 877-4281
Federal Bar No. CT13892