01cv1828 m lv file

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CAROL PERRY,<br>    Plaintiff,<br>v.<br><br>DOCTOR'S ASSOCIATES INC.,<br>    Defendant. | CIVIL ACTION NO.<br>3:01 CV 1828 (CFD)<br><br><br>OCTOBER 22, 2003 |

## MOTION FOR PERMISSION TO FILE OVERSIZED BRIEF

Pursuant to Local Rule 7(a), plaintiff respectfully requests permission to file an oversized memorandum of 53 pages in opposition to defendant Doctor's Associates, Inc.'s Motion for Summary Judgment dated July 30, 2003.

In support of this request, undersigned counsel states that the additional pages are required so that she can clearly present plaintiff's opposition to defendant's motion. Defendant moves for summary judgment on plaintiff's federal and state law discrimination and retaliation claims on the grounds that: 1) plaintiff cannot establish that she was subjected to harassment on the basis of sex, 2) the harassment was not severe or pervasive enough to constitute an actionable hostile work environment, 3) defendant cannot be held liable for the hostile work environment created by plaintiff's coworkers because it "provided a reasonable avenue for complaints" of sexual harassment and acted reasonably to remedy the harassment in this case, and 4) plaintiff did not suffer any "adverse employment action" in retaliation for making complaints about sexual harassment in this case. In addition, defendant moves for summary judgment on plaintiff's state law intentional and negligent infliction of emotional distress claims, and on

*[Handwritten annotation: "Granted. So ordered. [signature] 12/3/03"]*