UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 DEC -3 P 3: 59

US DISTRICT COURT
HARTFORD CT

| | | |
|---|---|---|
| CAROL PERRY,<br>Plaintiff, | : | |
| v. | : | Civil Action No. 3:01CV1828(CFD) |
| DOCTOR'S ASSOCIATES, INC.,<br>Defendant. | : | |

## REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Thomas P. Smith for the following purposes:

\_\_\_ All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

\_\_\_ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

\_\_\_ To supervise discovery and resolve discovery disputes (orefmisc./dscv)

_X_ A ruling on the following motions which are currently pending: <u>Plaintiff's Motion to Compel (Doc. #33 and 35) and Defendant's Opposition (Doc. #34 and 36)</u> (orefm.)

\_\_\_ A settlement conference (orefmisc./cnf)

\_\_\_ A conference to discuss the following: (orefmisc./cnf) _____

\_\_\_ Other: (orefmisc./misc)_____

SO ORDERED this 2nd day of ~~October~~ December 2003, at Hartford, Connecticut.

CHRISTOPHER F. DRONEY
UNITED STATES DISTRICT JUDGE