FILED

2004 APR 20 A 10: 38

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | x | |
|---|---|---|
| CAROL PERRY, | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:01 CV 1828 (CFD) |
| v. | : | |
| DOCTOR'S ASSOCIATES INC., | : | |
| Defendant. | : | |
| | x | APRIL 19, 2004 |

**JOINT MOTION FOR SETTLEMENT CONFERENCE AND TO CONTINUE DATE FOR FILING JOINT TRIAL MEMORANDUM**

The parties jointly request, through counsel, that this case be scheduled for a settlement conference with a Magistrate Judge and that the date for filing the Joint Trial Memorandum be continued to 60 days after the conclusion of the settlement conference.

In support of this request, counsel represent that they agree that a settlement conference would be beneficial and that they wish to save the time and expense of preparing the Joint Trial Memorandum in the event the settlement conference is successful. Undersigned counsel has been authorized by Kenneth M. Ludovico, Jr., Esq., who represents the defendant in this case, to state that defendant joins in this motion. This action has not been assigned for trial.

[Handwritten margin note: Granted, as modified. The Trial Memos shall be due 30 days after the settlement conference. So ordered.]

[Stamp: 2004 APR 21 U.S. DISTRICT COURT HARTFORD, CT]

PLAINTIFF CAROL PERRY,

BY: _____
KATHRYN EMMETT
Federal Bar No. cT 05605
Emmett & Glander
45 Franklin Street
Stamford, CT 06901
(203) 324-7744
kemmett@emmettandglander.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid, this 19th day of April, 2004, to:

Kristin Corcoran, Esq.
Kenneth M. Ludovico, Jr., Esq.
Doctor's Associates Inc.
325 Bic Drive
Milford, CT 06460.3059

_____
Kathryn Emmett