# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

CAROL PERRY,                          :
      Plaintiff,                     :
                            :
v.                                    :        Civil Action No. 3:01CV1828(CFD)
                            :
DOCTOR'S ASSOCIATES, INC.,            :
      Defendant.                     :
                            :


## REFERRAL TO MAGISTRATE JUDGE

    This case is referred to Magistrate Judge Thomas P. Smith for the following purposes:

____    All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

____    A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

____    To supervise discovery and resolve discovery disputes (orefmisc./dscv)

____    A recommended ruling on the following motions which are currently pending:  (orefm.)

____    A ruling on the following motion which is currently pending:  (orefm.)

_X_    A settlement conference (orefmisc./cnf)

____    A conference to discuss and approve the following:  (orefmisc./cnf)

____    Other:  (orefmisc./misc) _____

    SO ORDERED this 23rd day of April 2004,  at Hartford, Connecticut.


                                     /s/ CFD_____

_____                Christopher F. Droney
                                   United States District Judge