UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 MAY -7 A 10: 59

U.S. DISTRICT COURT
HARTFORD, CT.

*CAROL PERRY*,
    Plaintiff,

vs.

*DOCTOR'S ASSOCIATES INC.*,
    Defendants

CIVIL NO. 301CV1828 (CFD)

DATE: MAY 4, 2004

## APPEARANCE

Please enter the appearance of Tressa A. Mason for the Defendant, Doctor's Associates Inc. *in lieu* of Kenneth M. Ludovico, Jr. in the above referenced action.

    Tressa A. Mason, Attorney
    CT 24957
    Doctor's Associates Inc.
    325 Bic Drive
    Milford, CT 06460
    (203) 877-4281

**CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid, this 4th day of May, 2004, to Kathryn Emmett; Emmett & Glander; 45 Franklin Street; Stamford, CT 06901.

Tressa A. Mason, Attorney
CT 24957
Doctor's Associates Inc.
325 Bic Drive
Milford, CT 06460
(203) 877-4281