# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CAROL PERRY,       Plaintiff | : : : | |
| v. | : : | Civil Action No. 3:01 CV 1828 (CFD) |
| DOCTOR'S ASSOCIATES, INC.       Defendant. | : : | |

## **ORDER**

The referral of this case to Magistrate Judge Thomas P. Smith [Doc. #63] is hereby VACATED.

SO ORDERED this  4th  day of June 2004, at Hartford, Connecticut.

          /s/ CFD
**CHRISTOPHER F. DRONEY**
**UNITED STATES DISTRICT JUDGE**