UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| *CAROL PERRY*, <br> Plaintiff, | CIVIL NO. 301CV1828 (CFD) |
| vs. | Date: June 22, 2004 |
| *DOCTOR'S ASSOCIATES INC.*, <br> Defendants | |

### WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Kenneth M. Ludovico for the Defendant, Doctor's Associates Inc. in the above referenced action. The name and address of counsel of record representing Defendant, Doctor's Associates Inc., is Kristin L. Corcoran and Tressa A. Mason of Doctor's Associates Inc., Legal Department, 325 Bic Drive, Milford, CT 06460.

Kenneth M. Ludovico, Jr.
Attorney
CT23472
Doctor's Associates Inc.
325 Bic Drive
Milford, CT 06460
(203) 877-4281