UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **CAROL PERRY,**<br>Plaintiff, | CIVIL NO. 301CV1828 (CFD) |
| vs. | Date: June 25, 2004 |
| **DOCTOR'S ASSOCIATES INC.,**<br>Defendants | |

## APPEARANCE

Please enter the appearance of Britta Kivell for Defendant, Doctor's Associates, Inc. in the above captioned action.

DEFENDANTS,

BY: *[signature: Britta Kivell]*
Britta Kivell, Attorney
CT 02180
Doctor's Associates Inc.
325 Bic Drive
Milford, CT 06460
(203) 877-4281 ext.1661
Fax (203) 876-6690