## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| *CAROL PERRY*,<br>Plaintiff, | CIVIL NO. 301CV1828 (CFD) |
| vs. | Date: July 7, 2004 |
| *DOCTOR'S ASSOCIATES INC.*,<br>Defendant | |

### WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Britta Kivell for the Defendant, Doctor's Associates Inc. in the above captioned action. The name and address of counsel of record representing Defendant is Kristin L. Corcoran of Doctor's Associates Inc., Legal Department, 325 Bic Drive, Milford, CT 06460

DEFENDANTS,

BY: _Britta Kivell_
Britta Kivell, Attorney
CT 02180
Doctor's Associates Inc.
325 Bic Drive
Milford, CT 06460
(203) 877-4281

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid, this 7th day of

July, 2004 to:

        Kathryn Emmett
        Emmett & Glander,
        45 Franklin Street
        Stamford, CT 06901

                                *Britta Kivell*

                        Britta Kivell, Attorney