# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| CAROL PERRY, | : |
|         Plaintiff, | : |
| | : |
| v. | : Civil Action No. 3:01CV1828CFD) |
| | : |
| DOCTOR'S ASSOCIATES, INC. | : |
|         Defendant. | : |

## REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Thomas P. Smith for the following purposes:

____  All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

____  A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

____  To supervise discovery and resolve discovery disputes (orefmisc./dscv)

____  A recommended ruling on the following motions which are currently pending: (orefm.)

__X__ A ruling on the following motion which is currently pending: [66] Motion to Compel filed June 17, 2004.

____  A settlement conference (orefmisc./cnf)

____  A conference to discuss and approve the following: (orefmisc./cnf)

____  Other: (orefmisc./misc) _____

SO ORDERED this 13th day of July, 2004 at Hartford, Connecticut.

                                                    /s/ CFD
                                        Christopher F. Droney
                                        United States District Judge