

FILED

2004 JUL -8 A 11: 14

U.S. DISTRICT COURT
HARTFORD, CT.

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| CAROL PERRY,<br>    Plaintiff, | CIVIL NO. 301CV1828 (CFD) |
| vs. | Date: July 7, 2004 |
| DOCTOR'S ASSOCIATES INC.,<br>    Defendant | |

*Granted, absent objection. So ordered.*
*10/6/04*
*CFD*

## WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Britta Kivell for the Defendant, Doctor's Associates Inc. in the above captioned action. The name and address of counsel of record representing Defendant is Kristin L. Corcoran of Doctor's Associates Inc., Legal Department, 325 Bic Drive, Milford, CT 06460

DEFENDANTS,

BY: _____
Britta Kivell, Attorney
CT 02180
Doctor's Associates Inc.
325 Bic Drive
Milford, CT 06460
(203) 877-4281