UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2004 OCT 29 P 1:54

U.S. DISTRICT COURT
HARTFORD, CT.

CAROL PERRY                          :

Vs.                                  :          CASE NO. 3:01CV1828(CFD)

DOCTOR'S ASSOC, INC.                 :

### JUDGMENT

Counsel of record having reported to the court on September 20, 2004 that the above-entitled case has settled;

It is accordingly ORDERED that this action be and is hereby dismissed without costs and without prejudice to the right of any parties to move within 30 days to re-open the case if the settlement has not been consummated.

Dated at Hartford, Connecticut, October 29, 2004.

KEVIN F. ROWE, CLERK

BY _____
Devorah Johnson
Deputy Clerk

EOD _____