IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| CAROL PERRY,<br>    Plaintiff,<br>v.<br><br>DOCTOR'S ASSOCIATES INC.,<br>    Defendant. | CIVIL ACTION NO.<br>3:01 CV 1828 (CFD)<br><br><br><br><br>OCTOBER 27, 2004 |

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for Carol Perry and Doctor's Associates, Inc., that the above-entitled action be, and the same hereby is, withdrawn with prejudice and without costs or disbursements to either party as against the other.

Dated October            , 2004

| | |
|---|---|
| Emmett & Glander | Doctor's Associates |
| 45 Franklin Street | 325 Bic Drive |
| Stamford, CT 06901.1308 | Milford, CT 06460.3059 |
| Attorneys for Plaintiff | Attorneys for Defendant |

_____     _____
Kathryn Emmett (ct05605)              Tressa Mason (ct24957)

SO ORDERED:


_____
U.S.D.J.